PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Giovanni Vera                                 Cr.: 2:11cr291
PACTS Number: 31624

Name of Sentencing Judicial Officer: The Honorable Paul C. Huck, U.S.D.J., SDFL
Name of New Judicial Officer: The Honorable Jose L. Linares, U.S.D.J., D/NJ

Date of Original Sentence: 04/25/02

Original Offense: Count 1 - Importation of Heroin, 21 U.S.C. § 952(a)

Original Sentence: 87 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 10/03/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for     Years, for a total term of     Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM (30 days) (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 30 days months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

PROB 12B - Page 2
Giovanni Vera

## CAUSE

On March 14, 2011, Rochelle Park Police Department conducted a motor vehicle stop of a vehicle driven by the offender. He received summons for obstruction of windshield, driving an unregistered vehicle, driving after driving license/registration is revoked, and no liability insurance or coverage on motor vehicle. On April 1, 2011, the undersigned confronted the offender about the motor vehicle violations and his failure to notify the probation office within 72 hours of law enforcement contact. He admitted to the violations of supervised release and signed a waiver of hearing form, where he agreed to be placed on the location monitoring program for thirty (30) days.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 5-6-11

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-9-11
Date